# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00014-CV

### E. N., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

---

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-007423, THE HONORABLE KARIN CRUMP, JUDGE PRESIDING

---

### **O R D E R**

**PER CURIAM**

Appellant E. N. filed his notice of appeal on January 8, 2021. The appellate record was complete on February 1, 2021, making appellant's brief due on February 22, 2021. To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule requires greater compliance with briefing deadlines. Therefore, we order Tracy Lynn Harting to file appellant's brief no later than March 15, 2021. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on March 2, 2021.

Before Justices Goodwin, Baker, and Smith